## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| Arrowpac Incorporated, et al., Plaintiffs,  )<br>v.                                                                    )<br>Sea Star Line, LLC, et al., Defendants.       )<br>_____ )<br>                                                                    )<br>Mondelēz International, Inc., et al., Plaintiffs, )<br>v.                                                                    )<br>Sea Star Line, LLC, Saltchuk Resources, Inc., )<br>and Leonard H. Shapiro, Defendants.          )<br>_____ )<br>                                                                    )<br>Walgreen Co., et al., Plaintiffs,                       )<br>v.                                                                    )<br>Sea Star Line, LLC, et al., Defendants.       )<br>_____ )<br>                                                                    )<br>Home Depot U.S.A., Inc., et al., Plaintiffs,  )<br>v.                                                                    )<br>Sea Star Line, LLC, et al., Defendants.       )<br>_____ )  | Case No. 3:12-cv-1180-TJC-JBT<br><br><br><br><br>Case No. 3:12-cv-1181-TJC-JBT<br><br><br><br><br>Case No. 3:12-cv-1182-TJC-JRK<br><br><br><br><br>Case No. 3:12-cv-1183-TJC-MCR |

### LEONARD SHAPIRO'S NOTICE OF COMPLIANCE
### WITH COURT ORDER AS TO CONSOLIDATION

Defendant, Leonard Shapiro, through the undersigned counsel and pursuant to this Court's Order issued December 13, 2012, without waiving his right to move the Court to stay all proceedings against him, hereby advises that he concurs with the co-Defendants' position that the above cases should not be consolidated.

**MURPHY & ANDERSON, P.A.**

/s/ Geddes D. Anderson, Jr.
**GEDDES D. ANDERSON, JR.**
Florida Bar No.: 0138894
ganderson@murphyandersonlaw.com
**J. RICE FERRELLE, JR.**

Florida Bar No.:  0835811
rferrelle@murphyandersonlaw.com
1501 San Marco Boulevard
Jacksonville, Florida  32207
904-598-9282 (phone)
904-598-9283 (fax)

**Attorneys for Defendant Leonard Shapiro**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 4, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send an electronic notice of electronic filing to all counsel of record.

/s/ Geddes D. Anderson, Jr.
ATTORNEY