**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ARROWPAC INC., et al.,

      Plaintiffs,

v.                                            Case No. 3:12-cv-1180-J-32JBT

SEA STAR LINE, LLC, et al.,

      Defendants.

**ORDER**

This case is before the Court on the motions to dismiss filed by Defendant Sea Star Line, LLC ( Doc. 96), Totem Ocean Trailer Express, Inc. (Doc. 95), Saltchuk Resources, Inc. (Doc. 97), and Leonard H. Shapiro (Doc. 98), Plaintiffs' Joint Memorandum Opposing Defendants' Motion to Dismiss Based on the Filed Rate Doctrine (Doc. 100), Plaintiffs' Joint Response Opposing Totem's Motion to Dismiss (Doc. 101), Arrowpac and Mondelez Plaintiffs' Joint Response Opposing Defendants' Motion to Dismiss Based on Rule 8(a)(2) (Doc. 102), Totem's Reply to Plaintiffs' Response to Motion to Dismiss (Doc. 103), and Defendants' Joint Reply Supporting Motion to Dismiss Based on the Filed Rate Doctrine (Doc. 104).

The Court heard oral argument on November 25, 2013, and the transcript of that hearing (Doc. 115) is incorporated herein.

Accordingly, it is hereby

**ORDERED**:

1.      Defendants' Motions to Dismiss on grounds that Plaintiffs' claims are

barred by the filed rate doctrine are **DENIED**.

2. Defendants' Motions to Dismiss Plaintiffs' claims for injunctive relief are **DENIED**.

3. Totem Ocean Trailer Express, Inc.'s Motion to Dismiss is **DENIED**.

4. Defendants' Motions to Dismiss the Complaint for violations of Rule 8 are **GRANTED**. However, Plaintiffs have leave to amend.

5. Plaintiffs have until **January 10th, 2014** to file an amended complaint with the parameters discussed at the hearing.

6. Defendants have until **February 10th, 2014** to answer Plaintiffs' amended complaint.

7. If Totem Ocean Trailer Express, Inc. chooses to file a motion to dismiss the amended complaint, it should do so by **February 10th, 2014**. Plaintiff has until **March 7th, 2014** to respond to that motion.

8. Plaintiffs have until **December 9, 2013** to file a motion to compel production of documents and data seized by or produced to the Department of Justice.

9. If Plaintiffs file such a motion to compel, Defendants have until **December 23, 2013** to respond.

10. The parties have until **December 20th, 2013** to either provide the name of an agreed-upon mediator or have each side submit the names of two mediators of whom it approves.

11. Based on these rulings, the Clerk should terminate Docs. 95, 96, 97, and

Case 3:12-cv-01180-TJC-JBT   Document 117   Filed 11/26/13   Page 3 of 3 PageID 2105

98.

**DONE AND ORDERED** at Jacksonville, Florida this 26th day of November, 2013.

 TIMOTHY J. CORRIGAN
 United States District Judge

W.
Copies:

Counsel of record