# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

|  |  |
|---|---|
| ARROWPAC INCORPORATED et al.<br><br>　　　　　　　　　　　Plaintiffs,<br>v.<br><br>SEA STAR LINE, LLC et al.<br><br>　　　　　　　　　　　Defendants. | No. 12-CV-1180-J-34BT |

## MOTION OF THE UNITED STATES TO INTERVENE AND FOR A TEMPORARY LIMITED STAY OF CERTAIN DISCOVERY

The United States of America, through the Antitrust Division of the United States Department of Justice ("the Antitrust Division" or "the government"), pursuant to Rule 24 of the Federal Rules of Civil Procedure, hereby moves this Court for an Order: (1) permitting the government to intervene in this civil actions; (2) for a temporary limited stay of certain discovery, specifically: (a) all discovery from the Antitrust Division and the investigative agencies assisting in the Puerto Rico freight services investigation, which are the Federal Bureau of Investigation, the Department of Transportation and the Department of Defense; and (b) depositions of, and individual document discovery requests on, certain individuals, contingent on the Antitrust Division's approval or agreement as to depositions and/or document discovery on specific individuals until the completion of an upcoming closely related criminal trial, *United States v. Farmer*, 13-CR-162 (D.P.R.)(DRD).

As stated in the Memorandum of law in support of its motion, a temporary limited stay of discovery in this action is necessary in the interests of justice and to preserve the integrity of a pending, closely-related criminal trial.

Dated: September 29, 2014

Respectfully submitted,

/Kevin B. Hart/
KEVIN B. HART
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 11300
Washington, DC 20530
Direct Dial: (202) 598-8242
kevin.hart@usdoj.gov