UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---

ARROWPAC INCORPORATED;
UNIVERSAL CONTAINER LINE, INC.; ATEC
SYSTEMS, LTD.; BAXTER HEALTHCARE
CORPORATION; THE CENTRAL AMERICA
BOTTLING CORPORATION (AS SUCCESSOR IN
INTEREST TO PEPSIAMERICAS, INC.); THE
COCA-COLA COMPANY; CARIBBEAN
REFRESCOS, INC.; CONAGRA FOODS, INC.;
GRAYLION HOLDINGS LLC (AS SUCCESSOR IN
INTEREST TO INTERNATIONAL TRANSPORT
LOGISTICS, INC.); NESTLÉ USA, INC.; NESTLÉ
PURINA PETCARE COMPANY; NESTLÉ
PUERTO RICO, INC.; PAYCO FOODS CORP.;
PAYLESS SHOESOURCE, INC.; PEPSICO, INC.;
PEPSICO CARIBBEAN, INC.; FRITO-LAY, INC.;
FRITO-LAY NORTH AMERICA, INC.; PEPSICO
PUERTO RICO, INC.; PEPSICOLA
MANUFACTURING INTERNATIONAL, LTD.;
STOKELY-VAN CAMP, INC.; THE QUAKER
OATS COMPANY; TROPICANA
MANUFACTURING COMPANY, INC.; THE
PROCTER & GAMBLE COMPANY; THE
PROCTER & GAMBLE DISTRIBUTING, LLC;
SEARS, ROEBUCK AND CO.; SEARS LOGISTICS
SERVICES, INC.; KMART CORPORATION;
SOUTHEASTERN FREIGHT LINES, INC.;
TRANSNOW, INC.; NEW YORK EXPORT CO.,
INC.; YRC WORLDWIDE INC.; NEW PENN
MOTOR EXPRESS, INC.; USF REDDAWAY, INC.;
YRC INC.; YRC ENTERPRISE SERVICES, INC.;
and YRC LOGISTICS SERVICES, INC.,

                Plaintiffs,
      v.

SEA STAR LINE, LLC; SALTCHUK RESOURCES,
INC.; TOTEM OCEAN TRAILER EXPRESS, INC.;
and LEONARD SHAPIRO,

                Defendants.

Case No. 12-CV-1180 (TJC) (JBT)

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned action, by and through their undersigned counsel, hereby stipulate to dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own respective attorneys' fees and costs with respect to this action.

The Parties ask the Court to enter a final order of dismissal with prejudice effectuating the terms of this stipulation.

Dated this _____ day of February, 2015.

TANNER BISHOP

By: _____
Michael G. Tanner
Florida Bar No. 261300
One Independent Drive, Suite 1700
Jacksonville, Florida 32202

*Attorneys for Sea Star Line, LLC*

NEXSEN PRUET, LLC

By: _____
David C. Eddy
1230 Main Street, Suite 700
Columbia, S.C. 29202

*Attorney for Plaintiffs*

GUNSTER, YOAKLEY & STEWART, P.A.

By: _____
David M. Wells
Florida Bar No. 309291
William E. Adams, Jr.
Florida Bar No. 467080
225 Water Street, Suite 1750
Jacksonville, FL 32202

*Attorneys for Saltchuk Resources, Inc.*

SMITH HULSEY & BUSEY

By: _____
E. Lanny Russell
Florida Bar No. 303097
225 Water Street, Suite 1800
Jacksonville, Florida 32202

*Attorneys for Totem Ocean Trailer Express, Inc.*


-3-

| SULLIVAN & CROMWELL LLP | MURPHY & ANDERSON, P.A. |
|---|---|
| By: _____ <br> Steven L. Holley <br> 125 Broad Street <br> New York, New York 10004 <br><br> *Attorneys for Saltchuk Resources, Inc.* | By: _____ <br> Geddes D. Anderson, Jr. <br> Florida Bar No. 138894 <br> 1501 San Marco Boulevard <br> Jacksonville, Florida 32207 <br><br> *Attorneys for Leonard Shapiro* |

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on March 5, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send an electronic notice of filing to all counsel of record.

               /s/ David C. Eddy
               ATTORNEY