UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARROWPAC INCORPORATED, et al.

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　CASE NO.:　　3:12-cv-01180-TJC-JBT

SEA STAR LINE, LLC, SALTCHUK
RESOURCES, INC., TOTEM OCEAN
TRAILER EXPRESS, INC. and
LEONARD SHAPIRO,

    Defendants.
_____/

## **JOINT MOTION FOR RETURN OR DESTRUCTION OF SEALED DOCUMENTS**

Plaintiffs have filed a Stipulation of Dismissal with Prejudice. (Doc. [ ]). The Court previously entered a Stipulated Protective Order which allowed the filing under seal of confidential materials exchanged in discovery in this action. (Doc. 136).

Because this litigation has concluded, the parties request, under Local Rule 1.09 and sec. 4 of the Stipulated Protective Order (stating that the "confidentiality obligations imposed by this Order shall remain in effect until the Designating Party agrees otherwise in writing or this Court orders otherwise") (Doc. 136), that the Court enter an Order directing the Clerk to, at the Clerk's discretion, either return to the parties or destroy all documents and all pleadings filed under seal. Counsel for the parties have communicated with Clerk of Court staff, who have advised that either return or destruction of the sealed documents would be equally acceptable. With the conclusion of this matter, return or destruction of these materials ensures the confidentiality of the sensitive commercial information and other confidential information in these documents.

## LOCAL RULE 3.01(g) CERTIFICATE

Counsel for the Parties have conferred and all Parties join in this Motion.

## CONCLUSION

For these reasons, the parties jointly request this Court enter an Order directing the Clerk to return to the parties all documents filed under seal in this action

Dated this 18th day of March, 2015.

| TANNER BISHOP | GUNSTER, YOAKLEY & STEWART, P.A. |
|---|---|
| By: /s/ Michael G. Tanner<br>      Michael G. Tanner<br><br>Michael G. Tanner<br>Florida Bar No. 261300<br>Gilbert L. Feltel, Jr.<br>Florida Bar No. 993603<br>One Independent Drive, Suite 1700<br>Jacksonville, FL 32202<br>(904) 446-2980/(904) 598-0395 Fax<br>mtanner@tannerbishoplaw.com<br>gfeltel@tannerbishoplaw.com<br><br>*Counsel for Defendant Sea Star Line, LLC* | By: /s/ William E. Adams, Jr.<br>      William E. Adams, Jr.<br><br>William E. Adams, Jr.<br>Florida Bar No. 467080<br>225 Water Street, Suite 1750<br>Jacksonville, Florida 32202-5185<br>(866) 915-7185<br>badams@gunster.com<br><br>*Counsel for Defendant Saltchuk Resources, Inc.* |
| SULLIVAN & CROMWELL LLP | SMITH HULSEY & BUSEY |
| By: /s/ Steven L. Holley<br>      Steven L. Holley<br><br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4737<br>HolleyS@sullcrom.com<br><br>*Counsel for Defendant Saltchuk Resources, Inc.* | By: /s/ Lanny Russell<br>      Lanny Russell<br><br>Florida Bar No. 0303097<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>(904) 359-7798<br>lrussell@smithhulsey.com<br><br>*Counsel for Defendant Totem Ocean Trailer Express, Inc.* |

| NEXSEN PRUET, LLC | MURPHY & ANDERSON, P.A. |
|---|---|
| By: */s/ David C. Eddy*<br>       David C. Eddy<br><br>South Carolina Bar No. 10051<br>(Admitted *Pro Hac Vice*)<br>Travis C. Wheeler<br>South Carolina Bar No. 9715<br>(Admitted *Pro Hac Vice*)<br>1230 Main St - Ste 700<br>Columbia, SC 29202<br>(803) 771-8900<br>(803) 253-8277 (facsimile)<br>deddy@nexsenpruet.com<br>twheeler@nexsenpruet.com<br><br>Attorneys for the *Arrowpac* Plaintiffs | By: */s/ Geddes D. Anderson, Jr.*<br>       Geddes D. Anderson, Jr.<br><br>Florida Bar No. 138894<br>1501 San Marco Blvd.<br>Jacksonville, FL 32207<br>(904) 598-9282<br>(904) 598-9283 (facsimile)<br>ganderson@murphyandersonlaw.com<br><br>*Attorneys for Leonard Shapiro* |

*Counsel authorizes the use of his electronic signature.

## Certificate of Service

I certify that on March 18, 2015, a copy of the foregoing was electronically furnished through the Court's CM/ECF electronic notification system to counsel of record.

*/s/ Lanny Russell*
Attorney
